TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00760-CV







Circle Dot Ranch, Inc. and Euline W. Walser, Appellants



v.



Railroad Commission of Texas and Sidwell Oil and Gas, Inc., Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT


NO. 95-04003, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING







PER CURIAM


 Appellants have filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Appellants' Motion

Filed: April 17, 1996

Do Not Publish